# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AYUR TSYBIKOV AND <br> IRYNA DUDCHENKO, <br><br> PLAINTIFFS, <br> V. <br><br> OLEKSANDR DOGVAL, ALINA KIM, <br> DVL EXPRESS, INC., AND <br> ALTEX LOGISTICS, INC., <br><br> DEFENDANTS. | CIVIL ACTION NO. 19-CV-03334 |

## PLAINTIFFS' UNOPPOSED MOTION
## FOR FINAL APPROVAL OF THE SETTLEMENT AGREEMENT

Plaintiffs Ayur Tsybikov and Iryna Dudchenko (together, "Plaintiffs") hereby respectfully request that the Court enter an order granting final approval of this class action settlement. As set out in the accompanying Memorandum of Law and the declaration of Harold Lichten, the settlement reached by the Parties is fair and reasonable, and offers substantial advantages over continued litigation of this case, and the risks and potential obstacles to recovery. Approximately 200 Settlement Class Members have submitted claim forms in this settlement. The average settlement award in this case is in excess of $3,000.00, and the highest settlement award is in excess of $30,000.00.

For these reasons, as set out further in the accompanying Memorandum of Law, the Court should grant final approval of the settlement agreement and final certification of the Settlement Class, approve attorneys' fees in the amount of one-third of the Gross Settlement Amount, and approve service awards of $15,000.00 each to Plaintiffs Tsybikov and Dudchenko.

Dated: November 20, 2024                                Respectfully Submitted,


                                                        /s/ Olena Savytska
                                                        Harold L. Lichten (*pro hac vice*)
                                                        Olena Savytska (*pro hac vice*)
                                                        Lichten & Liss-Riordan, P.C.
                                                        729 Boylston Street, Ste. 2000
                                                        Boston, MA 02116
                                                        Tel. (617) 994-5800
                                                        hlichten@llrlaw.com
                                                        osavytska@llrlaw.com

                                                        Bradley Manewith, IARDC # 6280535
                                                        Lichten & Liss-Riordan, P.C.
                                                        5 Revere Drive, Suite 200
                                                        Northbrook, IL 60062
                                                        Tel. (617) 994-5800
                                                        Fax (617) 994-5801
                                                        bmanewith@llrlaw.com


                                                        *Attorneys for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

    I, Olena Savytska, hereby certify that on this 20th day of November, 2024, I filed the foregoing document with this Court using the CM/ECF. This system sends notifications of such filing and service to all counsel of record.

/s/Olena Savytska
Olena Savytska