IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| AYUR TSYBIKOV AND IRYNA DUDCHENKO, <br><br> PLAINTIFFS, <br> V. <br><br> OLEKSANDR DOGVAL, ALINA KIM, DVL EXPRESS, INC., AND ALTEX LOGISTICS, INC., <br><br> DEFENDANTS. | CIVIL ACTION NO. 19-CV-03334 |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION
FOR FINAL APPROVAL OF THE SETTLEMENT AGREEMENT**

The Court, having reviewed Plaintiffs' Unopposed Motion for Final Approval of Settlement of the Settlement Agreement, hereby grants the Motion and orders as follows:

(1)     The Settlement Agreement is incorporated by reference into this Order and is hereby adopted as an Order of this Court.

(2)     The Court finds that no Settlement Class Members have objected to the Settlement, and six (6) Class Member requested exclusion from the Settlement Class to date.

(3)     The Court finds that the applicable requirements of Federal Rule of Civil Procedure 23(a) and (b) have been satisfied with respect to the Settlement Class and the proposed Class Settlement. The Court hereby makes final its earlier certification of the proposed Settlement Class.

(4)     The Notice of Settlement given to the Settlement Class fully and accurately informed the Settlement Class members of all material elements of the proposed Settlement, and was the best notice practicable under the circumstances, and complied with the requirements of the Federal Rules of Civil Procedure and due process.

1

(5)     The Court hereby approves the parties' agreed-upon procedure for disbursement of the settlement awards, as set out in the Settlement Agreement.

(6)     The Court hereby approved attorneys' fees in the amount of one-third of the Gross Settlement Amount ($383,333.33) to compensate Plaintiffs' Counsel for all work performed in this action.

(7)     The Court hereby approves service awards to Plaintiffs Ayur Tsybikov and Iryna Dudchenko in the amount of $15,000.00 each.

(8)     The Court hereby enters final judgment and dismisses this action with prejudice, with each party to bear its own fees and costs except as set out in Paragraph 6 above.

(9)     Without affecting the finality of this Judgment in any way, the Court hereby retains continuing jurisdiction over: (a) the implementation of the settlement; and (b) the Parties and their counsel, for the sole purpose of construing, enforcing and administering the Settlement and this Order and Judgment.

IT IS SO ORDERED, this 21st day of November, 2024.

_____
Hon. Virginia M. Kendall
Chief United States District Court Judge