**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| _____ )<br>AYUR TSYBIKOV AND )<br>IRYNA DUDCHENKO, )<br> )<br>PLAINTIFFS, )<br>V. )<br> )<br>OLEKSANDR DOGVAL, ALINA KIM, )<br>DVL EXPRESS, INC., AND )<br>ALTEX LOGISTICS, INC., )<br> )<br>DEFENDANTS. )<br>_____ ) | CIVIL ACTION NO. 19-CV-03334 |

## MOTION FOR ENTRY OF JUDGMENT
## AGAINST DEFENDANT OLEKSANDR DOVGAL

Plaintiffs Ayur Tsybikov and Iryna Dudchenko (together, "Plaintiffs") hereby move this Court for entry of judgment in their favor and against Defendant Oleksandr Dovgal for $747,500.00.[1] In support of this motion, Plaintiffs state as follows:

1. On November 21, 2024, this Court entered an order granting final approval of the Parties' Settlement Agreement. Dkt. 263. By the terms of that Order, the Settlement Agreement was adopted as an Order of the Court, and the Court retained jurisdiction to oversee the implementation of the settlement and to ensure that the terms of the settlement agreement are effectuated. Id.

2. Pursuant to the terms of the Settlement Agreement, all Defendants, including Dovgal and DVL, agreed to pay $1,150,000 and Dovgal and DVL further agreed to pay 65% of the Gross Settlement Amount, or $747,500.00, to Plaintiffs' Counsel on or before

_____

[1] Codefendant and co-liable party DVL Express, Inc. filed for bankruptcy protection in December 2024. *In re Dovgal Express, Inc. d/b/a DVL Express, Inc*, Case No. 24 B 18991 (Bankr. ND IL). As a result and without waiving their right to obtain judgment against the bankrupt, Plaintiffs seek relief alone against Oleksandr Dovgal.

February 15, 2025. Dkt 257 at IV(2).

3. Dovgal failed to pay this amount.

4. Accordingly, Plaintiffs respectfully request that the Court enter judgment against Dovgal for $747,500.00 so that Plaintiffs can enforce the liability against Dovgal's assets.

5. Plaintiffs further seek a declaration that Dovgal continues to be liable for Plaintiffs' attorneys' fees incurred when enforcing the settlement agreement and the requested judgment.

Dated: February 20, 2025                            Respectfully Submitted,

                                                    /s/ Olena Savytska
                                                    Harold L. Lichten (*pro hac vice*)
                                                    Olena Savytska (*pro hac vice*)
                                                    Lichten & Liss-Riordan, P.C.
                                                    729 Boylston Street, Ste. 2000
                                                    Boston, MA 02116
                                                    Tel. (617) 994-5800
                                                    hlichten@llrlaw.com
                                                    osavytska@llrlaw.com

                                                    Bradley Manewith, IARDC # 6280535
                                                    Lichten & Liss-Riordan, P.C.
                                                    5 Revere Drive, Suite 200
                                                    Northbrook, IL 60062
                                                    Tel. (617) 994-5800
                                                    Fax (617) 994-5801
                                                    bmanewith@llrlaw.com

                                                    *Attorneys for Plaintiffs and the Class*

### CERTIFICATE OF SERVICE

I, Olena Savytska, hereby certify that on this 20th day of February, 2025, I filed the foregoing document with this Court using the CM/ECF. This system sends notifications of such filing and service to all counsel of record.

/s/Olena Savytska
Olena Savytska